DOROTHY H. MASON, Appellant, *v.* JOHN I. D. BRISTOL, Defendant, and FRANK G. BUTLER, as Executor of THOMAS A. BUTLER, Deceased, Respondent.

*Mason* v. *Bristol*, 181 App. Div. 514, affirmed.

(Submitted March 8, 1920; decided April 13, 1920.)

APPEAL from a judgment, entered March 5, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The defendant respondent's testator died, leaving a last will and testament, which has been duly admitted to probate. The testator was the agent for an insurance company and solicited certain insurance policies upon which he became entitled to a share in the renewal premiums and half annual and quarterly premiums. The plaintiff alleged that prior to his death the testator for a valuable consideration duly assigned and transferred to her by an instrument in writing, which he delivered to her, all of said premiums due and to become due to him from the defendant Bristol as the general agent in the county of New York of said company; that he gave due notice of such assignemnt to the defendant Bristol as did the plaintiff also and that she demanded payment of said premiums; that the defendant respondent has also demanded payment thereof, claiming that they belong to the estate, and that the said premiums will continue for a period of about nine years. Judgment for the amount of premiums due and that plaintiff is

entitled to those to become due was demanded. The defendant Bristol appeared but interposed no defense. He paid the amount of premiums due prior to the trial into court and asked that it be adjudged who is entitled thereto and to the unpaid premiums.

*Nathan B. Chadsey* and *George Gordon Battle* for appellant.

*Robert E. Whalen* and *Albert B. Quencer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.